ANTON F. MULLER et al., respondents,

*v.*

ISAAC RASKIND et al., appellants.

[Decided May 14th, 1928.]

On appeal from a decree of the court of chancery.

*Messrs. Lintott, Kahrs & Young,* for the respondents.

*Messrs. Levy, Fenster & McCloskey* and *Mr. Charles Jones,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *100 N. J. Eq. 258.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 15.

*For reversal*—None.